## FLORES v. STATE.
### No. 25068.

Court of Criminal Appeals of Texas.

Jan. 17, 1951.

## WHITAKER v. STATE.
### No. 25106.

Court of Criminal Appeals of Texas.

Jan. 17, 1951.

No attorney on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

Appellant was convicted for a violation of the liquor law in Floyd County. His penalty was assessed at a fine of $300 and confinement in the county jail for a period of 60 days.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

Appellant was indicted for robbery by assault and was by the jury convicted of an aggravated assault and given a penalty of a $1,000.00 fine and confinement in the county jail for two years.

This indictment merely charges a simple assault and a robbery thereby. It contains none of the elements of an aggravated assault.

Under the case of Foreman v. State, Tex.Cr.App., 57 S.W. 843, on motion for a rehearing, it was held that a charge of